

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Benedict Chinonso Emesowum  **v.**  The State of Texas

Appellate case number:   01-14-00116-CR

Trial court case number: 1849562

Trial court:             County Criminal Court of Law No. 10 of Harris County

Date motion filed:       August 10, 2015

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
              ☐ Acting individually   ☑ Acting for the Court

Panel consists of: Justices Jennings, Bland, and Brown

Date: August 18, 2015